# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**RAYMOND E. McIVER,**

     **Plaintiff,**

**v.**                         **Case No.: 8:17-cv-00079-EAK-AAS**

**AMERICAN STRATEGIC INSURANCE CORP.,**

     **Defendant.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, RAYMOND E. McIVER, and Defendant, AMERICAN STRATEGIC INSURANCE CORP., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 8th day of May, 2017.

| | |
|---|---|
| Constancy, Brooks & Smith & Prophete, LLP | WENZEL FENTON CABASSA, P.A. |
| 100 North Tampa Street | 1110 North Florida Avenue |
| Suite 3350 | Suite 300 |
| Tampa, FL 33602 | Tampa, Florida 33602 |
| Telephone: (813) 223-7166 | Telephone: 813-224-0431 |
| Facsimile: (813) 223-2515 | Facsimile: 813-229-8712 |
| | |
| BY: */s/David P. Steffen* | BY: */s/Matthew K. Fenton* |
| David P. Steffen | Matthew K. Fenton |
| Florida Bar Number: 154717 | Florida Bar Number: 0053643 |
| Allison R. Wallrapp | E-mail: mfenton@wfclaw.com |
| Florida Bar Number: 106779 | Counsel for Plaintiff |
| E-mail: dsteffen@constangy.com | |
| E-mail: awallrapp@constangy.com | |
| Counsel for Defendant | |